| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF ILLINOIS |
| Case number *(if known)* _____   Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Midwest Heart and Vascular Associates, S.C.

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

DBA  Midwest Medical Partners
DBA  Midwest Heart and Vascular Associates, Inc.

**3. Debtor's federal Employer Identification Number (EIN)**  82-1260867

**4. Debtor's address**

Principal place of business
236 East Irving Park Road
Wood Dale, IL 60191
Number, Street, City, State & ZIP Code

DuPage
County

Mailing address, if different from principal place of business

P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business

Number, Street, City, State & ZIP Code

**5. Debtor's website (URL)** _____

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **Midwest Heart and Vascular Associates, S.C.**  Case number (*if known*) _____
  Name

**7. Describe debtor's business**

A. *Check one:*

- ■ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
  __6211__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor **Midwest Heart and Vascular Associates, S.C.**      Case number (*if known*) _____
    Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____
District _____    When _____    Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
    Contact name _____
    Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
■ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 3

Debtor **Midwest Heart and Vascular Associates, S.C.** _____ Case number (*if known*)_____
  Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **Midwest Heart and Vascular Associates, S.C.**                     Case number (*if known*)
         Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 11, 2022**
              MM / DD / YYYY

X **/s/ Dominic Tolitano**                                **Dominic Tolitano**
Signature of authorized representative of debtor          Printed name

Title   **President**

**18. Signature of attorney**

X **/s/ David E. Cohen**                                  Date **November 11, 2022**
Signature of attorney for debtor                          MM / DD / YYYY

**David E. Cohen 6192149**
Printed name

**Fisher Cohen Waldman Shapiro, LLP**
Firm name

**1247 Waukegan Road
Suite 100
Glenview, IL 60025**
Number, Street, City, State & ZIP Code

Contact phone **(312) 606-3451**      Email address **DCohen@fishercohen.com**

**6192149 IL**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Midwest Heart and Vascular Associates, S.C.**
United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Anthony Del Priore, M.D.** 2600 South Michigan Avenue Suite 305A Chicago, IL 60616 | | | **Unliquidated Disputed** | | | **$0.00** |
| **JPMorgan Chase Bank** P.O. Box 6294 Carol Stream, IL 60197-6294 | | **Credit Card** | | | | **$44,000.00** |
| **Kapitus, LLC** 2500 Wilson Boulevard Suite 350 Arlington, VA 22201 | | | | **$70,905.00** | **$0.00** | **$70,905.00** |
| **L&G Law Group LLP** 175 West Jackson Blvd. Suite 950 Chicago, IL 60604 | | **Legal fees** | | | | **$85,000.00** |
| **Laboratory Corporation of America** P.O. Box 2250 Burlington, NC 27216-2250 | | **Lab tests under name Midwest Medical Partners** | | | | **$26,982.30** |
| **Medico, LLC** 2600 S. Michigan Avenue Suite 305A Chicago, IL 60616 | | | **Unliquidated Disputed** | | | **$0.00** |
| **Small Business Financial Solutions,** 4500 East West Highway 6th Floor Bethesda, MD 20814 | | | | **$55,000.00** | **$0.00** | **$55,000.00** |

Official form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims   page 1

Debtor **Midwest Heart and Vascular Associates, S.C.**   Case number *(if known)*
    Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **The Huntington National Bank<br>5555 Cleveland Ave. - GW1W37<br>Columbus, OH 43231** | | | | $350,000.00 | $0.00 | $350,000.00 |
| **U.S. Department of Labor<br>Wage and Hour Division<br>230 South Dearborn Street Suite 412<br>Chicago, IL 60604** | | **H-1B Installment Agreement** | | | | $27,069.44 |
| **Vox Funding, LLC a Delaware limited<br>14 E. 44th Street<br>4th Floor<br>New York, NY 10017** | | | | $35,500.00 | $32,512.50 | $2,987.50 |

Anthony Del Priore, M.D.
2600 South Michigan Avenue
Suite 305A
Chicago, IL 60616


Anthony Del Priori
2600 South Michigan Ave.
Chicago, IL 60616


Dominic Tolitano


Dominic Tolitano
449 S Edgewood Avenue
La Grange, IL 60525


JPMorgan Chase Bank
P.O. Box 6294
Carol Stream, IL 60197-6294


Kapitus, LLC
2500 Wilson Boulevard
Suite 350
Arlington, VA 22201


L&G Law Group LLP
175 West Jackson Blvd.
Suite 950
Chicago, IL 60604


Laboratory Corporation of America
P.O. Box 2250
Burlington, NC 27216-2250


LapCorp.
c/o Johnson Legal Network, PLLC
535 Wellington Way, Suite 380
Lexington, KY 40503


Medico, LLC
2600 S. Michigan Avenue
Suite 305A
Chicago, IL 60616

```
Mercedes Benz Financial Services
P.O. Box 685
Roanoke, TX 76262


Michael Haeberle
Patterson Law Firm, LLC
200 West Monroe St., Suite 2025
Chicago, IL 60606


Small Business Financial Solutions,
4500 East West Highway
6th Floor
Bethesda, MD 20814


The Huntington National Bank
5555 Cleveland Ave. - GW1W37
Columbus, OH 43231


The Huntington National Bank
222 North La Salle Street
Chicago, IL 60601


The Huntington National Bank
1405 Xenium Lane North (PCC 180)
Minneapolis, MN 55441


The Huntington National Bank
Chicago Commercial Lending
501 West North Avenue
Melrose Park, IL 60160


The Institute for Cardio Thoracis &
Vein Surgery
236 E Irving Pard Road
Wood Dale, IL 60191


U.S. Department of Labor
Wage and Hour Division
230 South Dearborn Street Suite 412
Chicago, IL 60604


Vox Funding, LLC
c/o Liberman and Klestzick, LLP
71 S Central Avenue, 2nd Floor
Valley Stream, NY 11580
```

Vox Funding, LLC a Delaware limited
14 E. 44th Street
4th Floor
New York, NY 10017

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Midwest Heart and Vascular Associates, S.C.**　　　　　　Case No.
　　　　　　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Midwest Heart and Vascular Associates, S.C.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **November 11, 2022** | **/s/ David E. Cohen** |
| Date | **David E. Cohen 6192149** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Midwest Heart and Vascular Associates, S.C.** |
| | **Fisher Cohen Waldman Shapiro, LLP** |
| | **1247 Waukegan Road** |
| | **Suite 100** |
| | **Glenview, IL 60025** |
| | **(312) 606-3451 Fax:(312) 606-0117** |
| | **DCohen@fishercohen.com** |